Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Brittany M. Llewellyn, Esq.
Nevada Bar No. 13527
bllewellyn@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:     (702) 938-3838
Facsimile:      (702) 938-3864

*Attorneys for Defendant*
*Lhoist North America, Inc. and*
*Lhoist North America of Arizona, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES RESTIVO,<br><br>                       Plaintiff,<br><br>         vs.<br><br>UNION PACIFIC RAILROAD COMPANY, LHOIST NORTH AMERICA, INC.; DOES I-X; inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                       Defendants. | Case No.:     2:20-cv-00820-GMN-VCF<br><br>**STIPULATION AND ORDER TO AMEND CAPTION AND TO EXTEND TIME FOR PROPERLY CAPTIONED PARTY TO ANSWER**<br>**(First Request)** |

Defendants Lhoist North America, Inc. and Union Pacific Railroad Company, and Plaintiff James Restivo (collectively "the parties"), by and through their undersigned counsel, hereby stipulate and request that the caption in this matter be amended to substitute **LHOIST NORTH AMERICA OF ARIZONA, INC.** as the named Defendant in this action in place of LHOIST NORTH AMERICA, INC. A copy of the proposed amended caption is attached hereto.

WHEREFORE, the parties respectfully request the caption be amended to substitute LHOIST NORTH AMERICA OF ARIZONA, INC. as the named Defendant in this action in place of LHOIST NORTH AMERICA, INC., effective immediately upon Order of this Court.



1  The parties further stipulate, pursuant to LR IA 6-1, that LHOIST NORTH AMERICA OF
2  ARIZONA, INC. will have until May 18, 2020, to respond to Plaintiff's Complaint, responding in
3  place of the allegations currently related to LHOIST NORTH AMERICA, INC.

4  **IT IS SO STIPULATED.**

5  DATED this 12th day of May, 2020.           DATED this 12th day of May, 2020.

6  **WEINBERG, WHEELER,**                      **MESSNER REEVES**
7  **HUDGINS, GUNN & DIAL, LLC**

8  /s/ Brittany M. Llewellyn                   /s/ Lauren D. Calvert
   HOWARD J. RUSSELL, ESQ.                     RENEE FINCH, ESQ.
9  Nevada Bar No. 8879                         Nevada Bar No. 13118
   BRITTANY M. LLEWELLYN, ESQ.                 LAUREN D. CALVERT, ESQ.
10 Nevada Bar No. 13527                        Nevada Bar No. 10534
11 6385 S. Rainbow Boulevard, Ste. 400         9845 West Russell Road, Suite 300
   Las Vegas, NV 89118                         Las Vegas, NV 89148
12

13 *Counsel for Lhoist North America, Inc. and*   *Counsel for Union Pacific Railroad Company*
   *Lhoist North America of Arizona, Inc.*

14 DATED this 12th day of May, 2020.
15

16 **DAY & NANCE**

17 /s/ Steven L. Day
   STEVEN L. DAY, ESQ.
18 Nevada Bar No. 3708
19 1060 Wigwam Parkway
   Henderson, NV 89074
20 *Counsel for Plaintiff*

21
22
23                                              IT IS SO ORDERED:
24
25                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
26
                                                        5-12-2020
27                                              DATED: _____