UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES RESTIVO,<br><br>      Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, LHOIST NORTH AMERICAOF ARIZONA, INC.; DOES I through X, inclusive, and ROE corporations I through X, inclusive,<br><br>      Defendants. | 2:20-cv-00820-GMN-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Leave to Amend Complaint (ECF NO. 32).

No opposition has been filed and the time to file an opposition has passed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though defendants have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Complaint (ECF NO. 32), is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must file his Amended Complaint on or before March 9, 2021.

DATED this 2nd day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE