Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Brittany M. Llewellyn, Esq.
Nevada Bar No. 13527
bllewellyn@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant
Lhoist North America of Arizona, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN RESTIVO, individually and as Special Administratrix for the Estate of JAMES RESTIVO, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, LHOIST NORTH AMERICA OF ARIZONA, INC.; DOES I-X; inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-00820-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff SUSAN RESTIVO, individually and as Special Administratrix of the ESTATE OF JAMES RESTIVO ("Plaintiff") and Defendants LHOIST NORTH AMERICA OF ARIZONA, INC. and UNION PACIFIC RAILROAD COMPANY ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-captioned action, including any and all claims asserted by Plaintiff against Defendants in said captioned action, and any and all crossclaims asserted by Defendants in said captioned action, are hereby **DISMISSED WITH PREJUDICE.**

/ / /

All parties are to bear their own costs, fees, and expenses hereto. All future hearing dates associated with this matter may be vacated.

Dated this 10th day of November, 2021

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Brittany M. Llewellyn
Howard J. Russell, Esq.
Brittany M. Llewellyn, Esq.
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant Lhoist North America of Arizona, Inc.*

Dated this 10th day of November, 2021

**MURPHY, CAMPBELL, ALLISTON & QUINN**

/s/ Stephanie L. Quinn (with permission)
Stephanie L. Quinn, Esq.
8801 Folsom Blvd., Suite 230
Sacramento, CA 95826

Renee Finch, Esq.
Lauren D. Calvert, Esq.
Messner Reeves, LLP
9845 West Russell Road, Suite 300
Las Vegas, NV 89148

*Attorney for Union Pacific Railroad Company*

Dated this 10th day of November, 2021

**DAY & NANCE**

Steven L. Day, Esq.
1060 Wigwam Parkway
Henderson, NV 89074

*Attorneys for Plaintiff Susan Restivo, individually and as Special Administratrix of the Estate of James Restivo*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this 12 day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT